Probable jurisdiction noted. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Franklin H. Williams* for appellants. *Dion R. Holm* for appellees. Reported below: No. 483, 48 Cal. 2d 903, 311 P. 2d 546; No. 484, 48 Cal. 2d 472, 311 P. 2d 544.

No. 481. KENT ET AL. *v.* DULLES, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Leonard B. Boudin, Victor Rabinowitz* and *David Rein* for petitioners. *Daniel G. Marshall* for Briehl, petitioner. *Solicitor General Rankin* for respondent.

No. 492. FLORA *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *A. G. McClintock* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

No. 448. MASSACHUSETTS COMPANY ET AL. *v.* FLORIDA, BY ERVIN, ATTORNEY GENERAL, ET AL. Supreme Court of Florida. Certiorari denied. *J. McHenry Jones* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Ralph M. McLane,* Assistant Attorney General, and *H. Rex Owen,* Special Assistant Attorney General, for respondents.

No. 479. MERCHANTS NATIONAL BANK & TRUST CO. OF INDIANAPOLIS *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Ralph B. Gregg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Carolyn R. Just* for respondents.